UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HANNAH KENNEDY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 23 C 2035 |
| CITY OF CHICAGO; MAYOR LORI LIGHTFOOT; CITY OF CHICAGO'S DEPARTMENT OF HUMAN RESOURCES; JOHN R. LAUSCH, JR., Attorney, | ) ) Formerly Case No. 2023-CH-02333, ) Circuit Court of Cook County, Illinois ) ) ) |
| Defendants. | ) |

## NOTICE OF REMOVAL OF A CIVIL ACTION

To: Iris Martinez, Clerk  
Circuit Court of Cook County, Illinois  
Richard J. Daley Center, Room 1001  
50 West Washington Street  
Chicago, Illinois 60602

Hannah Kennedy  
(Hannah.kennedy12@yahoo.com)  
PO Box 1821  
Chicago, IL 60690

John R. Lausch, Jr., in his official capacity ("Lausch"), by his attorney, Morris Pasqual, Acting United States Attorney for the Northern District of Illinois, submits this notice of removal of the above-captioned civil action from the Circuit Court of Cook County, Illinois, to the United States District Court, Northern District of Illinois, pursuant to 28 U.S.C. § 1442(a), and in support states the following:

1. On March 9, 2023, *pro se* plaintiff Hannah Kennedy filed a complaint against the City of Chicago and its mayor and Department of Human Resources as well as Lausch, alleging that she experienced employment discrimination when she unsuccessfully applied for a job at the

Harold Washington Library. A copy of the complaint is attached to this notice as Exhibit A, in accordance with 28 U.S.C. § 1446(a).[1]

2. Kennedy alleges that she applied for the job and was informed that she did not possess its required minimum qualifications in February 2023. Ex. A at 1 and 2 of 11. Lausch served as the United States Attorney for the Northern District of Illinois during this time and resigned on March 11, 2023. *United States Attorney John R. Lausch, Jr., Announces Resignation*, JUSTICE.GOV (Mar. 1, 2023), https://www.justice.gov/usao-ndil/pr/united-states-attorney-john-r-lausch-jr-announces-resignation.

3. Pursuant to 28 U.S.C. § 1442(a), any civil action commenced in state court against the United States, a federal agency, or any officer of the United States or a federal agency may be removed to the district court for the district and division embracing the place where the state court action is pending.

4. Kennedy alleges that Lausch engaged in employment discrimination while acting in his official capacity as a United States Attorney. *Demario v. Quintos*, No. 89 C 6490, 1990 WL 37724, at *1 (N.D. Ill. 1990) (when the complaint is silent on the issue, courts should assume that claims are brought against a government official in his official, as opposed to individual, capacity). Furthermore, "[s]uits against an individual in their official capacity are actually suits against the government entity." *Hale v. Renee-Baker*, No. 1 C 7073, 2002 WL 1613765, at *1 (N.D. Ill. July 19, 2002). This case is therefore properly removed under § 1442(a). *See Thompson v. Army and Air Force Exchange*, No. 22 C 2799, 2023 WL 317661, at *2 (S.D. Ill. Jan. 19, 2023) (holding that the United States and its agencies may remove under § 1442(a)(1) regardless of whether they assert

---

[1] While Kennedy alleges that she applied for a director of finance position at the Harold Washington Library, *id.* at 1 of 11, she attaches to her complaint a job posting for a director of finance position with the City of Chicago's Department of Water Management, *id.* at 8-10 of 11.

2

a colorable federal defense) (citing *City of Cookeville, Tenn. v. Upper Cumberland Elec. Membership Corp.*, 484 F.3d 380, 389-90 (6th Cir. 2007) (same)).

5. When a federal officer, as opposed to the United States or its agencies, removes an action under § 1442(a), he must assert a "colorable federal defense." *Jefferson Cnty., Ala. v. Acker*, 527 U.S. 423, 431 (1999). To the extent that requirement applies here, the complaint is subject to dismissal because there is no apparent basis for a waiver of sovereign immunity that would allow Kennedy to proceed in state court against a federal official. *See Hammer v. United States Dep't of Health and Human Servs.*, 905 F.3d 517, 528 (7th Cir. 2018) (federal agency's argument that it had not waived sovereign immunity constituted a "colorable federal defense" sufficient to support removal).

6. Under the derivative jurisdiction doctrine, "[i]f the state court where an action was initially filed lacked subject matter jurisdiction over the action, a federal court acquires none upon removal, even if the federal court would have had jurisdiction if the case were originally brought in federal court." *Edwards v. U.S. Dep't of Justice*, 43 F.3d 312, 316 (7th Cir. 1994)); *Ricci v. Salzman*, 976 F.3d 768, 773 (7th Cir. 2020) ("When the derivative jurisdiction doctrine is timely raised, then, it properly results in dismissal without prejudice."). If Kennedy intends to bring an employment discrimination action under Title VII, that statute provides *federal*, not *state*, courts with the "exclusive, pre-emptive administrative and judicial scheme for the redress of federal employment discrimination." *Brown v. Gen. Servs. Admin.*, 425 U.S. 820, 829 (1976).

WHEREFORE, this action now pending in the Circuit Court of Cook County, Illinois, is properly removed to this court pursuant to 28 U.S.C. § 1442(a).

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By: s/ Jordan A. Rosen
    JORDAN A. ROSEN
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5331
    jordan.rosen@usdoj.gov

# EXHIBIT A

System Generated Hearing Date: 7/7/2023 9:30 AM
Location: Court Room 2408
Judge: Conlon, Alison C

FILED
3/9/2023 1:13 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2023CH02333
Calendar, 4
21786130

Hannah Kennedy
PO Box 1821
Chicago, IL 60690
312-502-3524 |
hannah.kennedy12@yahoo.com

COOK COUNTY CHANCERY DISTRICT 1

| HANNAH KENNEDY | Case No.: **2023CH02333** |
|---|---|
| Plaintiff Per Se | |
| vs. | COMPLAINT FOR A DECLATORY JUDGEMENT AND RELIEF |
| CITY OF CHICAGO | |
| MAYOR LIGHTFOOT | |
| HUMAN RESOURCES EMAIL: | |
| EMPLOYMENT-SERVICES@CITYOFCHICAGO.ORG, HUMANRESOURCES@CITYOFCHICAGO.ORG | |
| JOHN R. LAUSCH, JR, ATTORNEY | |
| Defendant | |

Complaint: Discrimination within Hiring Practices

On February 9, 2023 I, Hannah Kennedy, applied through the Illinois Job Link, for a director of finance position (#377497) for the City of Chicago (at the Harold Washington library). It was one of three finance positions posted through the Illinois job link. I receive a daily email. This finance position salary is $119,028.00, included in my phone text. A second position was $125,000 that reports to the Treasurer. I stated in my partial cover letter that I had read the posting and was the person for the job and a finance graduate. This director of finance responsibilities consists of budgets, reconciliations, grants, proposals, reviewing policies, presentations, and any other administrative aspects. Finance is a structured degree. It seemed that the duties were split up with separate job postings, nonetheless all finance graduates learned the

COMPLAINT FOR A DECLATORY JUDGEMENT AND RELIEF - 1 OF 11

FILED DATE: 3/9/2023 1:13 PM 2023CH02333

same administrative, stock, taxes, 10K (SEC reporting) responsibilities. I did not finish cover letter with the intent to change my wording depending on the application. I uploaded my resume. The next screen was a repetition of my resume, optional-not starred, so I did not complete that section because I uploaded my resume. However, I did complete my current employer box. The phone number was requested.

Next was the assessment questions that consisted of: highest level of education, what county did I live in, did I attend high school in Chicago, did I have 15 to 20 hours of finance or accounting, and did I have managerial experience. End of application. No notice, no submit, no back to edit, and no withdraw. A thank you prompt and reminder at the top of the screen that if additional data was not attached the application would not be considered. I tried to go back with the arrow, but I could not access my application. This warning was not at the start of the application. I did not recall seeing any location for additional documents needed to be included, or an option to include graduation confirmation. I couldn't think of what else was needed prior to an interview request, so I thought I should be good. Not an hour later I received 2 Dear John letters that I did not have the minimum requirements for this position.

Liability

1. My degree in finance is specific to the position, an interview was merited. No job responsibilities training necessary for me. And the posting "**all applicants will be interviewed**", an interview was merited. Procedure was not adhered was discriminatory not selective.

2. It's discriminatory to use the State and license id gives, a bad hair day photo (looks), age, and weight PRIOR to an interview (required County

COMPLAINT FOR A DECLATORY JUDGEMENT AND RELIEF - 2 OF 11

residence question answered). Bad faith because the close date was scheduled for the 16th of February not the 9th.

3. I was discriminated against because of my current working situation isn't perceived as a transition causing prevailing wages (Department of Labor) that anyone can go from college of a zero-minimum wage to a living salary. In the optional section I completed my current working information & number.

4. My highest level of education is a bachelor's degree, finance. I should've been one of the contingent offers for the position ahead of high schoolers or other degreed applicants instead of an automatic rejection.

5. Humiliation that I continue to suffer through my minimum wage job, a college degree in finance (2020), and not afforded a better economic opportunity (salary and benefits) with an interview.

6. I was discriminated against because of my name (defamation).

7. Human resource personnel failed to do his or her job by keeping with the internal policy of the City of Chicago and Federal government. No double checking was done to catch an oversight resulting in a qualified person not considered, resulting in a loss of future wages and benefits including graduate school for an MBA.

Relief

Three years' salary of $357.084 as a judgement relief by March 10, 2023.

Dated this 09 of March, 2023.

COMPLAINT FOR A DECLATORY JUDGEMENT AND RELIEF - 3 OF 11

FILED DATE: 3/9/2023 1:13 PM   2023CH02333

PROOF OF SERVICE

ATTY JOHN LAUSCH JR

BY FEDERAL EXPRESS SATURDAY 3/4/2023 MAILED

TRACKING NUMBER 39542488366

GOVENOR PRITZKER

BY FEDERAL EXPRESS TUESDAY 3/7/2023 MAILED

COMPLAINT FOR A DECLATORY JUDGEMENT AND RELIEF - 4 OF 11

```
3/9/23, 11:38 AM                                    Detailed Tracking

                    FedEx® Tracking                                          ⋮

                    DELIVERED
                    Monday
                    3/6/2023 at 8:34 am
                    Signed for by: C.BROWN
                    ⤓ Obtain Proof of delivery

                    How was your delivery?
                    ☆ ☆ ☆ ☆ ☆

                    DELIVERY STATUS
                    Delivered ✓

                    TRACKING ID
                    395342488366  ✎ ☆

                            FROM
                            Chicago, IL US
                            Label Created
                            3/4/2023 3:05 PM

                            PACKAGE RECEIVED BY FEDEX
                            CHICAGO, IL
                            3/4/2023 5:19 PM

                            IN TRANSIT
                            CHICAGO, IL
                            3/6/2023 6:18 AM

                            OUT FOR DELIVERY
                            CHICAGO, IL
                            3/6/2023 8:02 AM

                            DELIVERED
                            Chicago, IL US
                            Delivered
                            3/6/2023 at 8:34 AM

                         ↓ View travel history

                    Want updates on this shipment? Enter your email and we will do the rest!

                    YOUR EMAIL                                          SUBMIT

                    MORE OPTIONS
                       Manage Delivery                                        ⌄

              https://www.fedex.com/fedextrack/?trknbr=395342488366&trkqual=2460008000~395342488366~FX       1/4
```

COMPLAINT FOR A DECLATORY JUDGEMENT AND RELIEF - 5 OF 11

# HANNAH KENNEDY

Chicago · 312-502-3524
**hannah.kennedy12@yahoo.com**

## EDUCATION

**JUNE 2020**
**BACHELOR'S DEGREE-FINANCE,** UNIVERSITY OF WISCONSIN- OSHKOSH
**Grade Point Average: 2.86 (B-)**

**MINOR: RISK INSURANCE**
**CERTIFICATE: DIGITAL ANALYTICS-FRONT END WEB DESIGN (IT)**

## EXPERIENCE

SEPTEMBER 19, 2022- PRESENT
GENERAL LABORER, ELITE STAFFING, CHICAGO, IL 800-423-5595
Teamwork is used on the assembly line for product completion.

MAY 2021 – SEPTEMBER 2022
GENERAL LABORER, FAREVA, CIVIC STAFFING, CHICAGO, IL
The working environment required sitting or standing positions for long durations.

OCTOBER 2020 – MAY 2021
GENERAL LABORER, HEARTHSIDE FOODS, ELITE STAFFING, CHICAGO, IL
Job rotations were required to strengthen assembly line processing skills.

APRIL 2017 – SEPTMEBER 2019
GENERAL LABORER, VEE PAK, STAFFING NETWORK, BURBANK, IL
I monitored product encoding for clarity, partial encoding, or missed encoding.

AUGUST 2013 – SEPTEMBER 2019
GENERAL LABORER, AVON, CIVIC STAFFING, MORTON GROVE, IL
I packaged finished product(s) to achieve a cosmetic presentation, the Avon campaigns.

FILED DATE: 3/9/2023 1:13 PM 2023CH02333

# HANNAH KENNEDY

Chicago · 312-502-3524
**hannah.kennedy12@yahoo.com**

## SKILLS

- Reconciliation
- Financial Statement & Preparation/Analysis
- Proficient in Microsoft Office Products
- Budgeting & Time Management
- Ten Key Operations
- Staying current with trends and technology

## ACTIVITIES

Member, Finance Club 2018

*Employed during COVID-19 mask requirements & vaccinations

**Verification of graduation: click self-help at www.studentclearinghouse.org or service@studentclearinghouse.org (email)

END OF RESUME

# DIRECTOR OF FINANCE

**Job Posting:**

JC233682392     **Posted On:** Feb 04, 2023 **Updated On:** Feb 20, 2023

## Job Description

**Description:**

JOB ANNOUNCEMENT

**Director of Finance**

Department of Water Management

**Number of Positions: 1 Full-Time (senior manager designation) DUTIES:**

+ Under direction, in a managerial nature, functions as the chief financial officer directing and managing the financial, accounting, budgetary, and grant administration operations for the Department of Water Management.

+ Plans and directs the work of professional staff engaged in managing, analyzing, and reporting on a department's financial matters (e.g., economic data, procurement and contracting processes, revenues and disbursements, issuance and refunding of bonds, long-term debt payments, fund investments, related accounts).

+ Directs the development and implementation of policies and procedures to ensure sound fiscal management and operational efficiency.

+ Oversees the development and revision of accounting procedures to improve financial reporting of department receipts and expenditures.

+ Directs and participates in the design and implementation of new computerized accounting systems to improve the effectiveness of financial reporting.

+ Directs the costing of proposed or expanded programs and the preparation of related reports.

+ Approves program and operational budgets and amendments for appropriateness of funding.

+ Monitors expenditures from grant funds, ensuring spending practices are in compliance with contract provisions and government regulations.

+ Authorizes spending adjustments and fund re-allocations to ensure funding availability.

+ Establishes and implements internal auditing systems and financial controls to ensure the appropriate use of funding.

+ Directs and authorizes the preparation of fiscal reports summarizing and forecasting the department's financial position.

COMPLAINT FOR A DECLATORY JUDGEMENT AND RELIEF - 8 OF 11

+ Functions as departmental liaison on financial-related issues to the Office of Budget and Management, City Comptroller's Office, and government and delegate agencies.

+ Makes staffing-related decisions (e.g., hiring plans, work scheduling, labor/employee relations).

+ Performs related duties as required.

*NOTE* : *The list of essential duties is not intended to be inclusive; there may be other duties that are essential to particular positions within the class.*

**THIS POSITION IS IN THE SENIOR EXECUTIVE SERVICE Qualifications:**

Graduation from an accredited college or university with a Bachelor's degree in Accounting, Finance or a directly related field with 15 semester hours in Accounting or Finance, plus five years of professional financial management experience of which four years are in a supervisory role related to the responsibilities of the position, or an equivalent combination of education, training and experience, provided that the minimum degree requirement is met.

**Disclaimer – "Accredited" means any nationally or regionally accredited college, university, or law school where the applicant is enrolled in or has completed an Associates, Bachelors, Masters, or Juris Doctorate degree program.**

**NOTE:** You must provide your transcripts or diploma, professional license, valid State of Illinois driver's license, or training certificates at time of processing, if applicable.

**Education & Employment Verification -** Please be advised that if you are selected to be hired you must provide, upon request, adequate information regarding your educational and employment history as it relates to the qualifications of the position for which you are applying. If you received your degree internationally, all international transcripts/diploma must be accompanied by a Foreign Credential Evaluation. If the City of Chicago cannot verify this information, any offer extended to you will be withdrawn and you will not be hired.

**SELECTION REQUIREMENTS**

**This position requires applicants to complete an interview. The interviewed candidate possessing the qualifications best suited to fulfill the responsibilities of the position will be selected.**

**ALL REFERENCES TO POLITICAL SPONSORSHIP OR RECOMMENDATION MUST BE OMITTED FROM ALL APPLICATION MATERIALS SUBMITTED FOR CITY EMPLOYMENT.**

**The City of Chicago is an Equal Employment Opportunity and Military Friendly Employer.**

**City of Chicago Department of Human Resources**

Lori Lightfoot, Mayor Christopher Owen, Commissioner

**Applications for this position will be accepted until 11:59 pm CST 02/16/202 3**

COMPLAINT FOR A DECLATORY JUDGEMENT AND RELIEF - 9 OF 11

## Job Overview

**Job Type**

Full Time

**Permanent/Temporary**

See Job Description

**Internship**

No

**Shift(s)**

**Average Hours Per Week**

**Affirmative Action Job**

No

**Green Job**

No

**H-1B, H-2A, or H-2B Recruiting**

**Is there a formal program for training new employees?**

No

**Apprenticeship**

No

**Remote Available**

No

**Travel Required**

No

**Is driving an essential function of this job?**

No

**Is accessible by public transportation?**

No

## Job Location

COMPLAINT FOR A DECLATORY JUDGEMENT AND RELIEF - 10 OF 11

| | |
|---|---|
| 1 | **City of Chicago** , Chicago, Illinois 60684, United States |
| 2 | |
| 3 | **Contact Information** |
| 4 | |
| 5 | , Chicago, Illinois 60684 |
| 6 |     END OF JOB POSTING |
| 7 | |
| 8 |                  Hannah Kennedy, Pro Se March 09, 2023 |
| 9 |                   Attorney Name |
| 10 |     END OF COMPLAINT |
| 11 |     BLANK |

COMPLAINT FOR A DECLATORY JUDGEMENT AND RELIEF - 11 OF 11

# Certificate of Service

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Civ. Procedure 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

NOTICE OF REMOVAL OF A CIVIL ACTION

was served pursuant to the district court's ECF system as to ECF filers, if any, and by first-class mail and email on March 31, 2023, to the following non-ECF filer:

    Hannah Kennedy
    (Hannah.kennedy12@yahoo.com)
    PO Box 1821
    Chicago, IL 60690

    s/ Jordan A. Rosen
    JORDAN A. ROSEN
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5331
    jordan.rosen@usdoj.gov